IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **CHRISTOPHER AARON VASS,**  *Plaintiff,*  v.  Warden **WALTER BERRY,** *et al.*,  *Defendants.* | **CIVIL ACTION NO.  5:21-cv-00374-TES-CHW** |

### ORDER ADOPTING THE UNITED STATES MAGISTRATE JUDGE'S RECOMMENDATION

On January 20, 2023, the United States Magistrate Judge issued a Report & Recommendation. [Doc. 72]. The magistrate judge recommended granting Defendants' motions to dismiss, [Doc. 35]; [Doc. 56], and dismissing Plaintiff's claims against Defendants. [Doc. 72]. Plaintiff has not filed an objection or sought an extension of time to file an objection within the 14-day period outlined in the magistrate judge's Recommendation. [*Id.* at pp. 8–9]. Therefore, the Court reviews the Recommendation for clear error. 28 U.S.C. § 636(b)(1).

Having considered the Recommendation, the Court finds no clear enumeration of error and agrees with the findings and conclusions of the United States Magistrate Judge. Therefore, the Court **ADOPTS** the United States Magistrate Judge's

Recommendation [Doc. 72] and **MAKES IT THE ORDER OF THE COURT**.

Accordingly, the Court **DISMISSES** Plaintiff's case **WITHOUT PREJUDICE**.

**SO ORDERED**, this 16th day of February, 2023.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
